

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00070-CV

IN RE HOWARD KIRK GIBBS            RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 2005-0000126-2-D

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus, relator's emergency motion for stay, the response of the real parties in interest, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied, and the stay imposed by our March 3, 2015 order is lifted.

PER CURIAM

PANEL: GARDNER, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED: April 29, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).